**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**VERNON BROWN**                                                                        **PLAINTIFF**

**V.**                                                                                  **NO. 4:09CV068-A-A**

**ARTHUR SMITH, et al.**                                                   **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Plaintiff has also earned one strike under the three strikes provision of 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

THIS the   16th   day of December, 2009.

                                                             /s/ Sharion Aycock
                                                             **U.S. DISTRICT JUDGE**